JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE JONES, | Case No. CV 22-527 PA (ASx) |
| Plaintiff, | JUDGMENT OF DISMISSAL |
| v. | |
| GREAT T103, LLC, | |
| Defendant. | |

In accordance with the Court's April 14, 2022 Minute Order dismissing this action for lack of prosecution, it is HEREBY ORDERED, ADJUDGED, AND DECREED that the action is dismissed without prejudice.

DATED: April 14, 2022

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE